II. WHETHER THE UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS ERRED IN AFFIRMING A SENTENCE THAT INCLUDED A DISHONORABLE DISCHARGE WHEN THE CONVENING AUTHORITY'S ACTION DID NOT APPROVE ONE.

Briefs will be filed under Rule 25.

No. 15–0468/AF. U.S. v. Channing J. Spencer. CCA S32198. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 27, 2015.